AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>**CHARLES THOMAS SMITH**<br><br>*Defendant(s)* | )<br>)<br>) Case No. 11-8212-LRJ<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 7, 2011__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 2422(b) | Enticement. |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Charles Ramos, Detective BBPD
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 06/08/11
      06/07/2011

_____
*Judge's signature*

City and state: __WEST PALM BEACH, FLORIDA__    LINNEA R. JOHNSON, U.S. MAGISTRATE JUDGE
*Printed name and title*

# AFFIDAVIT OF
# DETECTIVE CHARLES F. RAMOS
# BOYNTON BEACH POLICE DEPARTMENT

I, Detective Charles F. Ramos, after being duly sworn, depose and state:

1. I am a Detective with the Boynton Beach Police Department. I am currently assigned to the Criminal Investigations Division. I have been employed with the Boynton Beach Police Department since 2001. I have been a detective with the Boynton Beach Police Department since 2007. I have been assigned to the investigation of cases involving the sexual exploitation of children. These investigations have included the utilization of surveillance techniques, undercover activities, the interviewing of subjects and witnesses, and the planning and execution of search, arrest and seizure warrants. I have also received training on the aforementioned investigations through various training throughout the United States, including courses given by the Department of Justice. In 2008, I was assigned as a Task Force member to the South Florida Internet Crimes Against Children Task Force. Since that time, I have participated in approximately two hundred investigations involving child exploitation on the internet and child pornography distribution investigations on the internet. I am also an instructor with the Boynton Beach Police Department in child sexual abuse investigations.

1

2. I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code. That is, I am an officer of the United States who is empowered by law to conduct investigations of and make arrests for offenses enumerated in Title 18, United States Code, Section 2252, *et seq*.

3. I am conducting an investigation involving the sexual exploitation of children and related activities of the individual named herein. I have personally participated in the investigation of the offenses referred to herein, and because of my personal participation in this investigation and reports made to me by members of the participating law enforcement agencies, I am familiar with the facts and circumstances of this investigation. I have participated in investigations involving pedophiles, preferential child molesters, and persons who collect and/or distribute child pornography, along with the importation and distribution of materials relating to the sexual exploitation of children. I have received training in the area of child pornography and child exploitation through various training schools. I have assisted in several child pornography and child exploitation investigations which have involved reviewing examples of child pornography in all forms of media, including computer media, and I have discussed and reviewed these materials with other law enforcement officers.

2

4. The facts pertaining to this case have been investigated by me.

5. Although I am familiar with the full breadth of the facts and circumstances of this investigation, I have not included in this affidavit each and every fact known to me about the matters set forth herein, but only those facts and circumstances that I believe are sufficient to establish probable cause for this Court to authorize the arrest of Charles Thomas SMITH.

6. This affidavit is made in support of a criminal complaint against charging Charles T. Smith, for violation of Title 18 USC 2422(b), that is, use of a facility, a computer, in interstate or foreign commerce, to persuade, induce, entice or coerce an individual under the age of eighteen to engage in sexual activity.

7. It should be noted that during some of the conversations that follow, I was communicating from Palm Beach County, in the Southern District of Florida, via the internet, using Yahoo, whose servers are located in the state of California.

8. All communications between me and the suspect were digitally preserved.

9. During this investigative affidavit/report, there will be terms such as the following:

3

Electronic mail (Email): An electronic message that you can send to an individual(s) and attach images and or other data.

10. During this affidavit, you will see grammatical and spelling errors, as this is common when communicating using text messages on the Internet.

11. For the purposes of this affidavit, the suspect's screen name will be called the suspect. Your affiant will be called the undercover.

12. All correspondence both, telephonic and via the Internet, regarding this investigation was preserved for evidentiary purposes.

13. On June 6, 2011, at 5:14 p.m., your affiant was working in an undercover capacity utilizing a public bulletin board called Craig's List. Your Affiant knows from his undercover experience and training that postings on this type of bulletin board are used by individuals to solict children. While searching, the undercover used Craig's list geolocation to limit listings to those in "South Florida" and then further narrowed the search to "Broward County." The undercover selected a group called "casual encounters." Within this listing was a bulletin board for "m4w" which refers to man for woman. The undercover clicked on this link and it brought him to a forum of posts. The undercover selected a post called "seeking a sexually submissive girl!!-m4w-32 (Pompano). The undercover selected this link and it opened an ad entitled

4

"seeking a sexually submissive girl!! – m4w - 32 (Pompano). The ad was posted June 6, 2011 at 4:01 PM EDT. The ad contained an image of an adult erect penis with the following text: "What I'm looking for is a Sexually Submissive Girl. i'm open to all races and ages. I want a girl who is into being face fucked, fisting vaginal, being controlled on a sexual level, anal sex, ass to mouth, humiliation, facials, swallowing, nipple pulling, and spanking. You don't have to be into all of these things, i do respect limits if you have any. This can be a one time thing or ongoing. When you respond send a picture and i will send a face and body picture in return, tell me what you are into and looking for, and put "Sub Girl" in the subject of your message. This is for tonight i can host or travel." (PostingID: 2424720573).

14.  The undercover responded to the add via e-mail on June 6, 2011 at 5:14 p.m. using Yahoo. The undercover's e-mail was " Hi I'm Molly and I'm 15 and saw your post on CL thought it was kinda wild."  An image of an undercover female officer from when she was 15 years old was attached to the email.

15.  At 5:16 p.m. the undercover received an e-mail back from charliesmith78@yahoo.com. The e-mail read "Thanks Molly, sucks you're not of age." The undercover replied back "Wat evr Bye" at 5:18 p.m. The suspect

5

responded at 5:19 p.m. "are you looking to have fun?" The undercover responded "always!" at 5:19 p.m. At 5:22 p.m. the suspect wrote "do you have a place or do you need to come here? What are you into? When do you want to meet?" The undercover responded at 5:24 p.m. "i don't have a place . . . sure could meet . . . what do you like to get into?" The suspect wrote at 5:26 p.m. "everything that's in my ad. face fucking, anal sex, spanking, stretching your little pussy, are you submissive?" The undercover replied at 5:29 p.m. "never did submissive . . . could be really kewl . . . im in boynton beach." At 5:32 p.m. the suspect responded "that's cool, would 7 or 8 pm be good? do you have another picture?" The undercover responded at 5:37 p.m. "cant right now moms home but she leaves for work early in the morning . . . you free then." The suspect responded at 5:38 p.m. "yeah that works i'm up early, what time?" The undercover wrote at 5:40 p.m. "she should be gone by like 8 . . . where can we meet? . . . cant use my house." At 5:42 p.m. the suspect responded "I'll pick you up near your house? somewhere you can walk to then bring you back to my place. do you have a cell phone?" At 5:47 the undercover cover gave the suspect his UC cell phone number. At 5:48 p.m. the suspect sent the message "mine's 316-218-7075." The undercover asked why the suspect has a 316 area code, and the suspect responded at 6:02 p.m. "yeah i use to be in the Air Force and the

6

last place i was stationed was Wichita, Kansas. i just never changed it. i live in Pompano Beach just off sample east of 95." The suspect attached a picture to his e-mail of a shirtless, white male between age 30 to 35 wearing plaid underwear. The male is wearing glasses and holding the camera himself.

16. The suspect and undercover continue to exchange email messages, including the suspect inquiring "how much experience do you have with sex?" at 6:30 p.m. At 6:31 p.m. the undercover replied "not a lot . . . is that okay?" At 6:49 p.m. the undercover asked the suspect if he is clean, and at 6:51 p.m. the suspect replied "yes i'm clean and i always use protection. I'm actually going to pick some up tonight." The email exchange concluded at 6:57 p.m.

17. On June 7, 2011, the suspect sent an e-mail message asking "are you ready to get fucked?" The suspect and the undercover select a meeting place. The suspect and the undercover exchange text messages back and for approximately 1 hour. The suspect sent a text message that he is arriving in a silver BMW. Florida Department of Motor Vehicle records show Charles Thomas SMITH has a 2004 silver BMV bearing Florida tag N707MK registered to him.

18. SMITH arrived at the meeting place at approximately 10:48 a.m. in a silver BMW bearing Florida License Plate number N707MK. When

7

approached by law enforcement, SMITH spontaneously stated "she contacted me," "I never sent pictures," You have nothing . . . maybe intent." The affiant read SMITH his Miranda warnings and recorded a statement from SMITH, during which SMITH admitted to using the e-mail address charliesmith78@yahoo.com and his posting the ad on Craig's list. SMITH also admitted he knew the girl he intended to meet was fifteen. SMITH admitted to texting messages from his phone. When the affiant asked SMITH if he was going to have sex with the fifteen year old child, SMITH replied "I don't know."

19. Based on the foregoing facts, your affiant believes there is probable cause to believe that Charles Thomas SMITH violated Title 18 USC 2422(b), that is, use of a facility, a computer, in interstate or foreign commerce, to persuade, induce, entice or coerce an individual under the age of eighteen to engage in sexual activity.

FURTHER YOUR AFFIANT SAYTH NAUGHT.

_____
Charles F. Ramos
Detective, Special Victims Unit
Boynton Beach Police Department

Sworn and Subscribed before me this ___ day of June 2011, at West Palm Beach, Florida.

_____
LINNEA R. JOHNSON
UNITED STATES MAGISTRATE JUDGE

9

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No.   11-8212-LRJ

UNITED STATES OF AMERICA

vs.

CHARLES THOMAS SMITH,

Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?   _____ Yes   __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?   _____ Yes   __X__ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY: _____
BRANDY BRENTARI GALLER
ASSISTANT UNITED STATES ATTORNEY
Court ID No. A5501296
500 S. Australian Ave., Suite 400
West Palm Beach, FL 33401
TEL: (561) 820-8711
FAX: (561) 820-8777
Email: Brandy.Galler@usdoj.gov